**From: The District Court of the 13th Judicial District. County of Yellowstone.**

**STATE OF MONTANA,**
  **Plaintiff,**                      **No. DC-00-957**
**vs.**                              **Decision**
**DONALD D. MARTELL,**
  **Defendant.**

On July 27, 2001, the defendant was sentenced to a ten (10) year commitment to the Department of Corrections, with five (5) years suspended, for the offense of Forgery, a felony.

· On February 21, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kathy Anderson. The state was represented by Ed Zink.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review sentence shall be dismissed.

Done in open Court this 21st day of February, 2002.

DATED this 8th day of March, 2002.

Chairman, Hon. David Cybulski, Member, Hon. Marc Buyske and Alt. Member, Hon. Douglas Harkin.